# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DEBORAH A. HRUSTICH**

    vs.                    **CASE NUMBER: 1:10-CV-1407 (NAM)**

**WHITEMAN, OSTERMAN & HANNA, LLP**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That appellant Deborah A. Hrustich has failed to file her appellate brief and an affidavit demonstrating good cause for her failure to comply with the Court's Scheduling Order. Therefore this action is DISMISSED for failure to perfect the appeal.

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 16th day of February, 2011.

DATED: March 10, 2011

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk